UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: FORD MOTOR CO. F-150 AND RANGER TRUCK FUEL ECONOMY MARKETING AND SALES PRACTICES LITIGATION _____/ | Case No. 2:19-md-02901<br><br>Sean F. Cox<br>United States District Court Judge |

## JUDGMENT

For the reasons set forth in an Opinion and Order issued this date, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' claims in the First Amended Consolidated Master Class Action Complaint are DISMISSED.

This is a final order as it disposes of all claims asserted in the consolidated actions before this Court. The Clerk of the Court is directed to enter judgment in, and close, this case and all remaining member cases in this MDL (Case No. 19-11319, Case No. 19-11639, Case No. 19-11728, Case No. 19- 11993, Case No. 19-12015, Case No. 19-12035, Case No. 19-12080, Case No. 19-12135, Case No. 19-12309, Case No. 19-12310, Case No. 19-12373, Case No. 19-12375, Case No. 19-12377, Case No. 19-12427, Case No. 19-12436, Case No. 19-12437, Case No. 19-12438, Case No. 19-12554, Case No. 19-12895, Case No. 19-13197, and Case No. 20-12272).

IT IS SO ORDERED.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: February 23, 2022